# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dorothy Baxter,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                   3:10-cv-520

Michael J. Astrue ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 13, 2011 Order.

                                                  Signed: July 13, 2011

                                                 Frank G. Johns, Clerk
                                                 United States District Court